UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCOTT BROWN,                          )     CASE NO. CV 06-6830-ODW (PJW)
                                      )
            Petitioner,               )
                                      )     J U D G M E N T
        v.                            )
                                      )
MATTHEW C. KRAMER, WARDEN,            )
                                      )
            Respondents.              )
_____)

        Pursuant to the Order Adopting Findings, Conclusions, and

Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is denied and this action is

dismissed with prejudice.


        DATED:   July 14, 2009.


                                      _____
                                      OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT JUDGE



C:\Temp\notesFFF692\LA06CV06830ODW-J.wpd